1
2
3
4
5
6
7
8
9
10          IN THE UNITED STATES DISTRICT COURT
11          FOR THE EASTERN DISTRICT OF CALIFORNIA
12
13   MARCO HUDSON                         1:08-cv-00786-DLB (HC)
14          Petitioner,
15     vs.                               ORDER OF TRANSFER
16   JAMES A. YATES
17          Respondent.
18   _____/
19          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to
20   28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.
21   § 1915.
22          The petitioner is challenging a conviction from Amador County, which is part of the
23   Sacramento Division of the United States District Court for the Eastern District of California.
24   Therefore, the petition should have been filed in the Sacramento Division.
25          Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the
26

                                        1

1 proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this

2 action will be transferred to the Sacramento Division.   This court will not rule on petitioner's

3 request to proceed in forma pauperis.

4      Good cause appearing, IT IS HEREBY ORDERED that:

5      1.  This court has not ruled on petitioner's request to proceed in forma pauperis.

6      2.  This action is transferred to the United States District Court for the Eastern District of

7 California sitting in Sacramento; and

8      3.  All future filings shall reference the new Sacramento case number assigned and shall

9 be filed at:

10         United States District Court
Eastern District of California

11         501 "I" Street, Suite 4-200
Sacramento, CA 95814

12

13   IT IS SO ORDERED.

    **Dated:**   **June 10, 2008**           **/s/ Dennis L. Beck**

14                                UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26